**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRONT RANGE EQUINE RESCUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-3088 (TJK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR and ) | |
| BUREAU OF LAND MANAGEMENT, ) | Hon. Timothy J. Kelly |
| ) | |
| Defendants. ) | |
| _____ ) | |

## JOINT STATUS REPORT

The parties, by and through their counsel, respectfully submit this Joint Status Report pursuant to the Court's minute order on April 29, 2019. Plaintiff Front Range Equine Rescue ("FRER") initiated the instant action against the United States Department of the Interior and Bureau of Land Management pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for failure to respond to FRER's FOIA request.

On or around April 29, 2019, Defendants produced 1,275 pages of documents responsive to FRER's FOIA request, some of which contained redactions. Defendants did not make any other production and represented on May 20, 2019 that "BLM completed its search and produced all responsive records on April 29th. No records were withheld in full." On May 24, 2019, Defendants' counsel provided information regarding the search that Defendants undertook in identifying responsive records.

At this time, FRER is reviewing the records produced and the search information provided, and the parties are continuing to confer regarding the matter. The parties believe they may be able to reach a mutually agreeable resolution to the matter and wish to continue conferring regarding

Defendants' search and production to determine whether a briefing schedule in the case will be necessary.

Accordingly, the parties respectfully propose that they submit another status report, including a proposed briefing schedule if necessary, to the Court by June 21, 2019.

Dated: May 24, 2019 　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Molly L. Wiltshire | JESSIE K. LIU |
| Molly L. Wiltshire, IL Bar No. 6310507 | D.C. Bar #472845 |
| (Admitted *Pro Hac Vice*) | United States Attorney |
| mwiltshire@schiffhardin.com | |
| SCHIFF HARDIN LLP | DANIEL F. VAN HORN |
| 233 S. Wacker Drive, Suite 7100 | D.C. Bar #924092 |
| Chicago, IL 60606 | Chief, Civil Division, |
| Telephone: (312) 258-5500 | |
| | /s/ Matthew Kahn *(with permission)* |
| /s/ Bruce A. Wagman | MATTHEW KAHN |
| Bruce A. Wagman, CA Bar No. 159987 | FL Bar #0072032 |
| (Admitted *Pro Hac Vice*) | Assistant United States Attorney |
| bwagman@rshc-law.com | 555 Fourth St., N.W. |
| Riley Safer Holmes & Cancila, LLP | Washington, D.C. 20530 |
| 456 Montgomery Street, 16th Floor | Phone: (202) 252-2523 |
| San Francisco, CA 94104 | Fax: (202) 252-6718 |
| Telephone: (415) 275-8540 | Email: Matthew.Kahn@usdoj.gov |
| | |
| /s/ Jeffrey D. Skinner | *Counsel for Defendant* |
| Jeffrey D. Skinner, DC Bar No. 494808 | |
| jskinner@schiffhardin.com | |
| SCHIFF HARDIN LLP | |
| 901 K Street N.W., Suite 700 | |
| Washington, D.C. 20001 | |
| Telephone: (202) 778-6400 | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on May 24, 2019, I caused a copy of the foregoing document to be filed with the Court's CM/ECF electronic filing system, which caused a copy to be served on all counsel of record.

/s/ *Molly L. Wiltshire*

Molly L. Wiltshire (admitted *pro hac vice*)

Schiff Hardin LLP

*Attorneys for Plaintiff*